SEALED    FILED

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Eastern District of California

JUN 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

| United States of America | ) |
| v. | ) |
| | ) |
| Randy PICCHI, Tina PICCHI, Michael MIZE, and Michael PACK | ) |
| | ) |
| | ) |
| | ) |

Case No.  1: 1 9 MJ  0 0 1 3 2 SAB

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2019 to May 14, 2019,___ in the county of ___Stanislaus___ in the ___Eastern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine |
| | Lifetime imprisonment |
| | Mandatory-minimum 10 years' imprisonment |
| | $10,000,000 fine |
| | At least 5 years supervised release and up to lifetime supervised release |
| | $100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brian Huberty

☑ Continued on the attached sheet.

_Complainant's signature_

Brian Huberty, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __6/24/19__

_Judge's signature_

City and state: ___Fresno, California___     Hon. Stanley A. Boone, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Brian Huberty, Special Agent, Federal Bureau of Investigation, United States Department of Justice, being duly sworn, do depose and state:

**I.    INTRODUCTION**

1.    This Affidavit is made to support a criminal complaint charging Randy PICCHI, Tina PICCHI, Mike MIZE and Mike PACK with knowingly and intentionally conspiring to distribute and possess with intent to distribute methamphetamine, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

2.    In support of this complaint, I have alleged only those facts necessary to support a probable cause determination and have not alleged herein each and every fact disclosed by the underlying investigation.

**II.    AGENT'S BACKGROUND**

3.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since January of 2004.  I am currently assigned to the Sacramento Division, Stockton Resident Agency.  I completed twenty (20) weeks of training, which was comprised of the FBI Special Agent Basic Training Program, at the FBI Training Academy, Quantico, Virginia.  I received extensive training on all aspects of investigations and investigative methods, including human source handling, physical and electronic surveillance, interrogation methods, drug identification, criminal enterprises, drug trafficking and financial investigations.  Additionally, I received training on undercover investigations related to narcotics trafficking, which included investigative techniques and common subject behavior.

4.    During the course of my employment with FBI, I have investigated criminal violations relating to criminal street gangs, violent crime and narcotics.  I have participated in all aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, the execution of search warrants, and the arrest of criminals.  I have personally investigated and/or assisted other agents and officers in their investigations involving violations of Title 21, United States Code, Section 841(a)(1), the manufacture, distribution and possession with intent to distribute controlled substances; and Title 21, United States Code, Section 846, conspiracy to commit the foregoing.  Specifically, those

1   investigations have focused on the distribution of methamphetamine, marijuana, oxycodone, cocaine and

2   other narcotics. I am familiar with, and have participated in, conventional investigative methods,

3   including, but not limited to, electronic surveillance, visual surveillance, the use of GPS/E-911 data,

4   questioning of witnesses, search warrants, confidential informants, and pen registers and trap and trace

5   devices.

6       5.      Through my training and experience, I have become familiar with the identification of

7   various controlled substances, and the various methods used by drug traffickers to obtain, possess,

8   transport, and/or sell controlled substances. During the course of my employment with the FBI, I have

9   interviewed drug dealers, users, and confidential informants and have discussed with them the lifestyle,

10  appearances, and habits and methods of drug dealers and users. I have had the opportunity to converse

11  with admitted and known drug traffickers as to their methods, and those of their associates, regarding the

12  manufacture, importation, transportation, distribution and sales of controlled substances, as well as their

13  methods used to conceal, transport, and launder cash and/or other types of drug proceeds. I have

14  become knowledgeable in the methods used by drug traffickers to import, conceal, transport, distribute,

15  manufacture, and sell controlled substances, as well as the methods used to conceal, transport, and

16  launder cash and/or other types of drug proceeds. Through prior investigations and training, I have

17  become familiar with the types and amounts of profits made by drug dealers, and the methods, language,

18  and terms used by persons dealing illegal substances. I am aware drug traffickers often communicate

19  with their drug trafficking associates through the use of cellular telephones and hard line telephones. In

20  addition, I am aware drug traffickers frequently use multiple cellular telephones and hard line

21  telephones. I am aware drug traffickers frequently change telephone numbers and cellular telephones. I

22  know from my training and experience, drug traffickers often use fictitious names and identification for

23  the purpose of subscribing to cellular telephones and hard line telephones.

24      6.      During this and previous investigations, I have monitored, conducted wire room

25  supervision, and conducted surveillance on previous Federal wire intercepts. During this and previous

26  investigations, I have had the opportunity to monitor, listen to, review transcripts or "line sheets" or

27  monitor logs prepared by linguists and/or otherwise discussed with linguists the content of intercepted

28  drug related conversations. Most of these intercepted communications contained coded language used

by the participants to cloak their intentions and thwart law enforcement. During these investigations, I have obtained information from other law enforcement officers who are familiar with intercepted coded language as well as confidential sources and defendants who were intercepted and/or arrested during wire intercept investigations. Information from these sources has confirmed my understanding of intercepted coded language.

7.    As a result of my personal participation in this investigation, and reports made to me by law enforcement officers from the FBI, local police departments, and deputized task force officers, I am familiar with all aspects of this investigation. I make this Affidavit, in part, on personal knowledge derived from my participation in this investigation and in part based upon the following:

a)    my experience investigating illegal activities, including other narcotic sales, cultivation of marijuana, robberies, homicides, and other serious crimes;

b)    oral and written reports about this and other investigations which I have received, directly or indirectly, from agents of the FBI, and officers of the other participating law enforcement agencies;

c)    my review of lawfully intercepted phone calls and text messages;

d)    debriefings with confidential source(s);

e)    a review of telephone toll records and pen register information;

f)    GPS/E-911 precision location information and historical cell site information;

g)    physical surveillance conducted by myself and other law enforcement personnel, which were reported to me either directly or indirectly; and

h)    public records.

8.    Since this Affidavit is being submitted for the limited purpose of demonstrating probable cause for the issuance of a criminal complaint, I have not included each and every fact known to me concerning this investigation, nor have I attempted to identify each witness to every surveillance or other activity described herein. I have set forth only the facts that I believe are necessary to establish probable cause that Randy PICCHI, Tina PICCHI, Michael MIZE, and Michael PACK have conspired to distribute and to possess with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

### III.   **PROBABLE CAUSE**

9.   Randy PICCHI is the President and founder of the Modesto Chapter of the Hell's Angels Motorcycle Club. He is a 61-year-old with nine felony convictions, including five California state convictions for possession for sale of a controlled substance and one federal conviction for conspiracy to possess with intent to distribute controlled substances. Randy PICCHI is also the user of phone number (209) 857-6377 (referred to as "Randy's phone").[1] Investigators have obtained three federal wiretaps on Randy's phone for a total of 90 days of monitoring.[2]

10.   During the federal wiretaps, investigators learned that Randy PICCHI leads a drug conspiracy involving his wife, Tina PICCHI, and their associates Michael MIZE and Michael PACK.

11.   Tina PICCHI is Randy PICCHI's wife. Tina PICCHI delivers drugs at Randy's direction. Tina PICCHI is the user of phone number (209) 502-1224 ("Tina's phone").[3] Investigators obtained a federal wiretap on Tina's phone for a thirty-day period from April 16, 2019 to May 15, 2019.

12.   Michael MIZE is one of Randy PICCHI's drug distributors. He buys distribution-quantity drugs from Randy PICCHI, which Tina PICCHI regularly delivers to him. He resells the drugs and regularly pays money to Randy PICCHI.

13.   Michael PACK is a Hell's Angels Modesto Prospect. During the drug conspiracy, intercepted calls indicated that PACK was going to deliver methamphetamine to Tina PICCHI. PACK

---

[1] Randy PICCHI's telephone number was identified through analysis of call detail records, review of Stanislaus County Jail calls to Randy PICCHI's telephone, and voice recognition of previous calls made by Randy PICCHI in Stanislaus County. All calls referenced with Randy PICCHI in this Affidavit were calls made to Randy's phone, unless indicated otherwise.

[2] On February 4, 2019, the Honorable Lawrence J. O'Neill signed an order authorizing the interception of communications on (209) 857-6377, i.e., Randy's phone. The order authorized FBI agents to monitor PICCHI's calls for thirty days, ending on March 5, 2019. After that, FBI agents obtained a second wiretap order, again signed by the Honorable Lawrence J. O'Neill and again authorizing FBI agents to intercept communications on Randy's phone for thirty days, with this period running from March 15, 2019 to April 13, 2019. Finally, Judge O'Neill authorized a third wiretap order, with the final thirty-day period running from April 16, 2019 to May 15, 2019.

[3] Tina PICCHI was identified as the user of (209) 502-1224 in May 2018. Investigators conducted a review of Stanislaus County Jail calls from the time in 2014 and 2015 that Randy PICCHI was in custody for a probation violation. PICCHI regularly contacted Tina PICCHI at (209) 502-1224. In addition, I am familiar with Tina PICCHI's voice from my review of recorded calls between Randy and Tina PICCHI from 2014 to 2018 while Randy PICCHI was incarcerated in Stanislaus County Jail. Based on my review of calls intercepted between Randy's phone and (209) 502-1224 during the first two TIII periods, I recognize the user of (209) 502-1224 as Tina PICCHI. All calls referenced with Tina PICCHI in this Affidavit were calls made to Tina's phone, unless indicated otherwise.

was stopped and found to have 499 grams of methamphetamine in his vehicle.

**A.    From early February 2019 through May 2019, Randy PICCHI directed Tina PICCHI to regularly deliver distribution-level quantities of drugs to and collect money from Mike MIZE and two individuals in Ceres, California.**

14.    Intercepted calls, surveillance observations, precise location information, and traffic stops show that during the wiretap period Randy PICCHI directed Tina PICCHI to deliver narcotics approximately five to six times a week to MIZE's residence in Modesto, California, and individuals referred to as "Tab" and "Cindy" in Ceres, California. Tina PICCHI referred to this trip as her "route," and Randy PICCHI referred to it as her "errands."

    1.    <u>From February 2019 through May 2019, investigators saw Tina PICCHI make regular trips from her home to MIZE's residence to an address in Ceres and back home.</u>

15.    From the start of the wiretap, intercepted calls showed that Tina PICCHI regularly drove to MIZE's residence and collected money from MIZE and also drove to an address in Ceres to collect money.

    a)    On February 5, 2019, for instance, Tina called Randy and told him that she was headed to "Mike's."

    b)    The next day, Tina called Randy PICCHI and said the "Ceres people" wanted "two more." Based on my training investigating drug cases, I know that drug traffickers use vague and coded language to avoid detection. I therefore believe that when Tina said that the "Ceres people" wanted "two more," she was telling Randy PICCHI that their customers in Ceres wanted two more units of drugs. Later the same day, at 6:28 p.m., Tina called Randy and said that she still had to go to Ceres and to Mike's. An hour later, Tina called Randy to say that she was "done" and on her way back from Ceres.

    c)    The next day, February 7, 2019, just before 4:30 p.m. Randy PICCHI called Tina PICCHI to ask if she had "already been to Mike's." Tina said that she had, and that she was going to do "this little last thing" then head straight back. Tina told Randy that "they" said they had $350. Fifteen minutes later, Tina called Randy, and Randy asked her if "they" gave her "what they were supposed to." Tina told Randy that they gave here "320" and she told them "don't do that again" because it was supposed to be "350." I interpret this call to mean that Tina

PICCHI, after going to "Mike's" house, drove to another location to collect $350, but the people she went to collect money from only had $320. It was unclear at the time what Tina PICCHI was collecting money for, but based on later calls, surveillance, and traffic stops described below, I believe Tina was collecting money from drug sales.

      d)     During the thirty days of intercepts on Tina's phone, Tina PICCHI was intercepted on fourteen days saying that she would come to MIZE's residence and on sixteen days saying that she would come to "Tab's" or "Cindy's" residence in Ceres.

16.     As Tina PICCHI continued to discuss her trips on calls with Randy, surveillance and phone location information showed a regular pattern of travel. On a regular basis, Tina PICCHI drove to MIZE's residence at 1537 Picardy Drive, in Modesto,[4] then to an address in Ceres, then back home.

      2.    <u>Intercepted calls show that the purpose of Tina PICCHI's trips was to deliver drugs and collect money from drug sales.</u>

17.     Intercepted calls clarified that the purpose of Tina PICCHI's trips to MIZE's residence and the Ceres residence was to deliver drugs and collect drug debts. For instance, on February 18, 2019, Tina PICCHI contacted Randy PICCHI at 2:02 p.m. and told him, "I got a pound of that weed. I just got through weighing it all up and Mike's got 130 and Bill's 590 and he is out of stuff and I am out the door now he because I weighted that stuff up." At the approximate time of this call precision location information shows that Tina PICCHI's phone was located at MIZE's residence, 1537 Picardy Drive, Modesto, California. In addition, a review of Tina PICCHI's call records showed that at 1:27 p.m., Tina PICCHI called MIZE at cellular telephone, (209) 301-0259.[5] I interpret this call to mean that Tina PICCHI was delivering marijuana ("a pound of weed") to MIZE.

18.     Similarly, on May 14, 2019, at 12:33 p.m. Tina PICCHI called "Tab" at (209) 360-9826. During the call, Tina PICCHI told "Tab" she was on the way to pick up money and Percocet pills. Tab

---

[4] On March 29, 2019, Michael MIZE was contacted and arrested by an officer with the Modesto Police Department. MIZE was issued a citation and provided 1537 Picardy Drive as his address. MIZE has also been seen by surveillance at this address.

[5] I believe MIZE is the user of this phone based on intercepted calls on Tina's phone and surveillance. For instance, on April 17, 2019, Tina PICCHI called (209) 301-0259 and referred to the user as "Mike," i.e. MIZE's first name. During the call, Tina PICCHI said she was going to "head that way" and wanted to make sure "Mike" was around. "Mike" said he was, and after the call PICCHI drove to MIZE's residence. I therefore believe the "Mike" that Tina PICCHI was talking to was Mike MIZE, the user of (209) 301-0259.

asked Tina PICCHI if she brought any "tires" for him. I know from my training and experience

investigating drug cases and my participation in this investigation that a "tire" is slang for one ounce of

narcotics.[6]  I therefore believe "Tab" was asking Tina PICCHI if she was bringing any ounces of

narcotics for him.

19.    A good example of Tina PICCHI's regular drug route was April 17, 2019.  That morning,

at 9:26 a.m., Tina PICCHI contacted Tab at (209) 422-2754 and asked "are you awake" and "I need to

come your way."  Approximately forty minutes later, at 10:08 a.m., Tina PICCHI called Tab again.[7]

During the call, Tina PICCHI asked if she could pick up money from BLACK:

Tina PICCHI: Are you just waking up?

Tab:        Yah.

Tina PICCHI: Ok. I was going to come that way are you going to be
            around?

Tab:        Uh yes.

Tina PICCHI: You got a little money I am sure ... don't yah?

Tab:        Yah

Tina PICCHI: Ok, I'll be down there.

20.    I interpret this call as Tina PICCHI telling Tab that she is going to come pick up money.

Based on other intercepted calls and stops in which Tina PICCHI was found with drugs, I believe the

money Tina PICCHI was discussing is related to drug distribution, and that when she says that she needs

to "come your way" to pick up the money from Tab she is referring to coming to Tab's residence in

Ceres.

21.    Immediately following her call with Tab, Tina PICCHI called MIZE at (209) 301-0259

---

[6] For instance, as discussed below, on May 11, 2019, law enforcement officers stopped Tina
PICCHI after she indicated in calls intercepted on her phone that she was going to deliver "4 tires" and
found approximately 4 ounces of methamphetamine on her.

[7] As the call was ringing, Tina and Randy PICCHI could be overheard, with Randy PICCHI
telling Tina PICCHI "You need to get Cindy one."  Based on my training and experience, and my
participation in this investigation, I know "one" is slang for a unit of narcotics, often one pound or one
ounce. I therefore believe Randy PICCHI was telling Tina PICCHI that she had to get "Cindy"
narcotics.

and discussed stopping by his house:

> Tina PICCHI: Hey what's going on Mike? Your . . . you up and about?

> MIZE:        Yep

> Tina PICCHI: I was going to head that way. I was going to make sure you are around if you had anything for me.

> MIZE:        Yep I got a yard.

> Tina PICCHI: Ok Yah. alright. I'll be by shortly. Thank you.

22.    I interpret this call as Tina PICCHI telling MIZE that she is planning on coming to his house at 1537 Picardy Drive to see if he "had anything" for her. While it is unclear what specifically Tina PICCHI is referring to when she asks if MIZE "had anything" for her, later calls suggest that she is referring to narcotics.

23.    At 11:11 a.m., I saw Tina PICCHI leave her prior residence on Carver Road in Modesto in a black BMW. Surveillance saw Tina PICCHI pick up a friend then drive to MIZE's residence. Tina PICCHI arrived at MIZE's residence at 11:31 a.m. and went inside.

24.    Three minutes after she arrived at MIZE's residence, Tina PICCHI called Randy PICCHI and told Randy PICCHI that MIZE wanted to speak to him. MIZE took the phone from Tina PICCHI and, using coded language, he and Randy PICCHI discussed a bad batch of drugs that, based on the context, Randy PICCHI had supplied:

> MIZE:           Hello

> Randy PICCHI:   Hey what's up bro

> M. MIZE:        This other item that I had.

> Randy PICCHI:   Huh

> M. MIZE:        This other item that I have had ... you know.

> Randy PICCHI:   Yah

> M. MIZE:        Ok ... haha ... Its uh. It went bad bro. It didn't cook right to begin with and uh fuck it made me sick and its making other people sick and they are turning it down. So umm I was wondering if there is

something we could correct it with you know.

Randy PICCHI:        Yah Yah. Let me talk to her.

M. MIZE:             Ok

25.    I interpret this call as MIZE telling Randy PICCHI that he had gotten bad drugs. MIZE says that "this other item" that he had "went bad," "didn't cook right," and "made me sick and its making other people sick and they are turning it down." I believe this is a reference to controlled substances. I know that drug traffickers often use slang to avoid detection and that certain narcotics, such as methamphetamine, are prepared in a process referred to as "cooking." Therefore, when MIZE said "this other item" "didn't cook right" I believe he was indicating that methamphetamine didn't cook well and as a result it was making him sick and making other people sick. MIZE also asked if there was "something we could correct it with," which indicates that he wanted Randy PICCHI to fix the bad batch of methamphetamine and that Randy PICCHI was responsible for the narcotics.

26.    After Randy PICCHI said "Let me talk to her," MIZE then passed the phone back to Tina PICCHI. Randy and Tina PICCHI then discussed how to fix the batch of narcotics:

Randy PICCHI:        It boils back to that one that ain't worth a fuck huh?

Tina PICCHI:         That's right yah and I don't really want

RANDY PICCHI:        Ok listen.

Tina PICCHI:         Yes

RANDY PICCHI:        Take it and the one you just got and his back and mix it and then re - do it.

Tina PICCHI:         Ok

RANDY PICCHI:        I am telling you, cause I am not going to take a loss on it.

Tina PICCHI:         No I know. We're not. So you just want me to put what's left of this one in with this new one

RANDY PICCHI:        Hey shut up.

Tina PICCHI:         Ok, alright. I just want to understand.

| RANDY PICCHI: | You got a big mouth c\*\*t! |
|---|---|
| Tina PICCHI: | Ok. There ain't nobody even in the room. |
| RANDY PICCHI: | Yah I can hear that mother fucker. |
| Tina PICCHI: | It's Josie and me. |
| RANDY PICCHI: | Hey listen |
| Tina PICCHI: | Yes |
| RANDY PICCHI: | [pause] so make ... get back from him, weigh it so you know exactly what you are giving back. |
| Tina PICCHI: | Ok. I got it. |

27.    In this call, when Randy PICCHI said, "Take it and the one you just got and his back and mix it and then re - do it," I believe he was providing instructions to Tina PICCHI to transport the poor quality drugs from MIZE's residence to work with the drugs to improve their quality.  Randy PICCHI also said, "I am not going to take a loss on it," which indicates that Randy PICCHI is selling drugs for profit.  I believe this call and Tina PICCHI's prior calls show that Randy PICCHI is directing Tina PICCHI to deliver drugs to MIZE.

28.    After this call, Tina PICCHI left MIZE's residence and drove to Tab's residence at 3301 Don Pedro Drive, Ceres, California.  At 11:55 a.m., an FBI Special Agent saw Tina PICCHI's black BMW pull up to Tab's residence.  Tina PICCHI got out of the vehicle and walked into the residence. After approximately twenty minutes, Tina PICCHI walked out of Tab's residence, walked to her car, grabbed a black bag from her car, then went back inside the residence, bag in hand.  At 12:19 p.m., Tina PICCHI left the residence, again carrying a black bag.  She got in her vehicle and left the area.

29.    I believe this activity is consistent with Tina PICCHI's regular drug trafficking route.  At the direction of Randy PICCHI, Tina PICCHI leaves her residence and travels to MIZE's residence to meet with MIZE.  She stays at MIZE's residence for a short time, then leaves and drives to Ceres to meet with Tab.  Again, she stays at Tab's residence for a short time, then returns home.  As mentioned above, agents have seen Tina PICCHI make this trip approximately five to six times a week for over a month.

3.     Randy PICCHI directed the drug sales.

30.     Tina PICCHI's drug route was done at Randy PICCHI's directions. Randy PICCHI referred to these trips as Tina PICCHI's "errands." On April 2, 2019, Tina PICCHI, called Randy PICCHI and told him that she was "visiting" at her friend Michelle's while she was waiting for "Tab" to come home.[8] Randy PICCHI responded, "Look dude these fucking punk ass errands you do ain't about visiting" and scolded her for wasting time. I believe Randy PICCHI was lecturing Tina PICCHI about taking too long to perform her "errands," which I believe is code for handling drug business.

31.     Tina PICCHI regularly checked in with Randy for direction about how to handle narcotics, quantity for drug supply, and how much money to collect. For instance, on April 6, 2019, Tina PICCHI called Randy while she was at MIZE's residence. Tina told Randy that MIZE wanted the price for an "elbow," slang for a pound of narcotics. Randy instructed Tina to tell MIZE that he could have an elbow for "2 grand," or $2,000.

32.     During a call to her mother on April 16, 2019, Tina PICCHI summarized Randy PICCHI's control over her drug trafficking:

> Every dime of money we make he buys more dope and more dope and more dope. He just spend six thousand dollars buying more dope yesterday and and the [UI] and the [UI] even give me the dope that from nine thousand I bought from him yes... the last time. He just keeps giving all the all of our money. I said "you know what what are we doing it for we can't move we can't get nothin no. I can't get a diamond ring. I don't want to go to prison for the rest of my life! For you to have that to look at that freakin money. I don't. I am doing it but I am telling you I am not. I am sick of it. I am sick and f'ing tired of it bud. I am not doing it no more.

4.     MIZE also resold the drugs that Randy PICCHI provided him.

33.     On February 15, 2019, Randy PICCHI called MIZE at (209) 301-0259 and asked him for money. In response, MIZE, using coded language, stated that he would go on his "route":

| Randy PICCHI: | You got any money or anything? |
|---|---|
| MIZE: | Yea I'll do the yard for you guys. I'm fixing to get my little route in a minute. |
| Randy PICCHI: | Huh |
| MIZE: | I'm fixing to get my route here soon as I get this |

---

[8] Tina PICCHI frequently referred to her customer in Ceres as "Tab."

AFFIDAVIT

11

1    liquid down.

2    Randy PICCHI:    Right on. Uh, Well, maybe I'll send it by and a little
                     bit later you pick it up

3
4    MIZE:    Ok. As soon as I make my circle around I'll give
              you all a holler.

5    34.    Based on the fact that Tina PICCHI regularly delivers drugs to MIZE and the fact that

6    Randy PICCHI called MIZE and asked for money, I believe that when MIZE was saying he would go

7    on his "route," and make his "circle," he was using coded language to tell Randy PICCHI that he would

8    make a drug delivery to his customers then have money for Randy PICCHI.

9    35.    Likewise, on March 29, 2019, phone records showed that MIZE, using (209) 301-0259,

10   contacted Tina PICCHI. Shortly after the call, agents saw MIZE drive to Tina PICCHI's old residence

11   on Carver Road. Agents saw MIZE speak to Tina PICCHI in front of the residence and then enter the

12   garage of 3027 Carver Road. After approximately 30 minutes, MIZE departed 3027 Carver and drove to

13   an area in west Modesto. Investigators saw MIZE conduct a drug deal with another individual, who was

14   riding a bicycle. MIZE was then stopped and searched and officers found 10 grams of

15   methamphetamine in baggies with blue tape. The individual to whom MIZE sold drugs was also

16   stopped and searched. He had a baggie with blue tape with 6.6 grams of meth.

17   **B.    Agents twice attempted to stop Tina PICCHI during her "route" but were unable to
         find drugs—even though drug-sniffing dogs alerted to the presence of drugs both
18       times. Later calls revealed that their failure to find drugs was likely because Tina
         PICCHI had hidden the drugs in a body cavity.**

19   36.    Investigators made multiple attempts to stop Tina PICCHI and catch her with narcotics.

20   On February 25, 2019, at 3:15 p.m., Tina PICCHI called Randy PICCHI and said she was going to go to

21   "Mike's then come home." Twenty minutes later, Tina PICCHI called Randy PICCHI again to say she

22   was on her way home. At the time, precise location information for Tina PICCHI's phone showed that

23   she was in the vicinity of Subject Premises #2. Officers located Tina PICCHI's vehicle and stopped it.

24   A drug certified canine was present and alerted to the presence of drugs near the front driver's seat of

25   Tina PICCHI's vehicle and in Tina PICCHI's purse. Tina PICCHI was interviewed and her purse was

26   searched. Tina PICCHI had $4,000 wrapped in a rubber band, with approximately $3,000 in $100 bills

27   and $1,000 in $20 bills. I know from my training and experience investigating drug cases that this

28

1  amount of money in small denominations is consistent with drug trafficking.

2    37.    On March 21, 2019, agents intercepted a call at 2:54 p.m. between Tina PICCHI and

3  Randy PICCHI. In the call, Tina PICCHI told Randy PIICHI that she is going "Mike's" and "Old

4  boys." I interpret this call to be referring to Mike MIZE and Tab, Tina PICCHI's regular customers.

5  After the call, Tina PICCHI was stopped by an officer with Modesto Police Department. Once again

6  during the course of the stop the drug certified canine alerted to the presence of drugs near the driver's

7  front seat. A search was conducted of the vehicle and her purse. No drugs were found.

8    38.    Later calls intercepted calls would explain why these drug stops were likely unsuccessful:

9  Tina PICCHI discussed placing narcotics in gloves or condoms and hiding them in a body cavity.

10    39.    Specifically, on March 22, 2019, the day after the second stop, Tina PICCHI called

11  Randy PICCHI as she was leaving MIZE's residence at 1537 Picardy Drive. During the call, Tina told

12  Randy that she had gotten $725 from MIZE and that MIZE's brother wanted "a whole another thing." I

13  interpret this call to mean that MIZE's brother wanted more narcotics. Later in the call, Tina and Randy

14  PICCHI discussed how Tina would transport the narcotics:

15    Randy PICCHI:    Be careful, The glove, the glove

16    Tina PICCHI:    No I got a condom from old girl and went in the
17           bathroom and did it myself. It was too hard, I
           couldn't do it like that. It's safer with the other thing.
18           I just, I just double tied it and you know. Its safer. I
           mean it hurts like hell but its only going to have to
19           hurt for a minute.

20    40.    I interpret this call to mean that Tina was planning on putting narcotics in a condom and

21  hiding the drugs in her body cavity if needed.

22    41.    On April 18, 2019, Tina PICCHI called MIZE to ask if he had any condoms at his house.

23  During the call Tina explained that she needed a condom because, in her words, "The cops are too bad. I

24  can't take the risk." Again, I believe Tina was telling MIZE that she needed a condom to put her drugs

25  in before transporting them so she could place the condom in a body cavity if stopped by "the cops."

26    42.    Tina explained this tactic most clearly on May 11, 2019, when she was twice stopped by

27  police on her way to deliver four ounces of methamphetamine, as described in further detail below.

28  After the first stop, Tina PICCHI called the customer she was delivering the methamphetamine to and

explained that she had just been stopped and she "had a quarter pound of crank between my legs." I

know "crank" is slang for methamphetamine. Tina later called Randy PICCHI and explained in more

detail that she had "put the shit between [her] legs" and that she "put it down there in the middle of [her]

underwear down there . . . in between."

    **C.**    **On April 19, 2019, Randy PICCHI directed Tina PICCHI to pick up a pound of methamphetamine from Hell's Angels Prospect Mike PACK. Agents stopped PACK and recovered 499 grams of methamphetamine.**

    43.    On April 19, 2019, at 5:01 p.m. PACK was stopped by an officer with the Modesto

Police Department. During the stop, his vehicle was searched and officers found approximately 500

grams of methamphetamine. Intercepted calls and messages prior to the stop indicate that PACK had

received the drugs from Tina PICCHI, who had delivered them to PACK at the direction of Randy

PICCHI.

    44.    On April 17, 2019, two days before the stop, Tina PICCHI called Mike PACK at (209)

353-7936 and asked if he was home because she had to "bring something over there to you."[9] Tina

PICCHI called PACK at approximately 4:11 p.m. Following this call, precise location information for

Tina PICCHI's phone showed that she was in the vicinity of PACK's residence at 1502 Imperial

Avenue, Modesto, California.

    45.    At 4:46 p.m., Randy PICCHI called Tina PICCHI. During the call, Tina PICCHI told

Randy PICCHI that she would deliver drugs tomorrow:

| Tina PICCHI: | He say, no problem it will probably be tomorrow. I said no bud, its ok. That's fine. |
|---|---|
| Randy PICCHI: | Did you weigh it? How much was it? |
| Tina PICCHI: | It, it's it was eight, oh ... eight oh two [802], and I gave it, every bit of it back and he said no problem. He said that uh, someone else had said the same thing. So, he said he is going to give it. He is going |

---

[9] PACK has been identified as the user of phone number (209) 353-7936. On April 12, 2019, a gang task force officer with the Modesto Police Department pulled over Mike PACK at approximately 6:00 p.m. as he was driving a vehicle. The gang task force officer took photographs of PACK. At 6:10 p.m., about ten minutes after the stop, the user of (209) 353-7936 sent a text message to Randy PICCHI and said, "I got pulled over and they took pictures of me..." Thirty minutes later, the user of (209) 353-7936 called Randy PICCHI and told PICCHI that he was pulled over by the "Gang Task" and that the officer said "we gotta take pictures of you." In other calls, Randy PICCHI has also referred to the user of (209) 353-7936 as "Mikey," a nickname for PACK's first name of "Mike."

1                        to send it where it needs to go and he will be seeing,

2                        he will see me tomorrow. Or he will give me a call tomorrow. I said that is fine. I said, hey I am sorry I

3                        couldn't get around it any which way. He said. No it happens, it's all good it happens. But you ok?

4    Randy PICCHI:          Yah, So are you on the way home now?

5    Tina PICCHI:            Yah I am just going to go by that store, and grab my

6                        little laundry basket I already know where it is. Ah, in Ceres at that store and I am coming straight home.

7

8      46.       I interpret this call to be Tina PICCHI telling Randy PICCHI that Mike PACK was going

9 to take a pound and a half of drugs and bring it back the following day. Specifically, when Randy asked

10 Tina PICCHI if she weighed it and Tina said, "it was eight oh two," I believe that she was telling Randy

11 PICCHI that she had weighed narcotics and the narcotics weighed 802 grams, or approximately one

12 pound and a half. Tina PICCHI further told Randy PICCHI that "he" (PACK) was going to "send it

13 where it needs to go and he will be seeing, he will see me tomorrow." I believe this statement indicates

14 that Tina PICCHI had given drugs to PACK, which PACK was going to take and bring back the

15 following day.

16      47.       Additionally, I believe that the reason PACK was going to take drugs from Tina PICCHI

17 and bring them back the following day is because PACK was planning on mixing Tina's and Randy's

18 drugs—i.e., the bad batch they had delivered to MIZE—with other drugs.

19          a)       Significantly, these calls with PACK took place on April 17, 2019, just a few

20 hours after MIZE had called Randy PICCHI and told him that his drugs had gone bad and

21 "didn't cook right," as discussed above. Randy PICCHI then told Tina PICCHI to take the drugs

22 back from MIZE and "mix it and then re-do it."

23          b)       Later that day, Tina PICCHI met with PACK to drop off the 802 grams of

24 narcotics. When Tina PICCHI called Randy PICCHI after she had dropped off the 802 grams of

25 narcotics with PACK, she told Randy that PACK said that "someone else had said the same

26 thing" and that PACK was going to "send it where it needs to go and he will be seeing, he will

27 see me tomorrow." I believe that this quote indicates that PACK had heard from someone else

28 who had bad drugs, because he said "someone else had said the same thing." PACK was

1    therefore going to take Tina PICCHI's 802 grams of drugs, send it to someone else who could fix

2    it, have that person mix it, then bring it back to Tina PICCHI the following day. This act was

3    consistent with Randy's earlier directions to Tina to "mix it and then re-do it" to fix the batch of

4    drugs that PICCHI had delivered to MIZE that "didn't cook right."

5        48.    On April 19, 2019, two days later, at 3:44 p.m., Tina PICCHI called PACK at (209) 353-

6    7936. Tina PICCHI asked PACK if he could meet her at "that spot." PACK agreed to meet in 30

7    minutes and agreed to text Tina PICCHI when he left.

8        49.    At 4:26 p.m., surveillance saw PACK leave his residence at 1502 Imperial Avenue,

9    Modesto, California. PACK got in a Jeep and drove away.

10        50.    Meanwhile, Tina PICCHI drove to MIZE's residence of 1537 Picardy Drive. She arrived

11    at 4:48 p.m.

12        51.    At 4:50 p.m., PACK, using (209) 353-7936, sent Tina PICCHI a text saying "Im here."

13    Tina PICCHI called PACK and told him she was at Mike MIZE's. PACK responded that he would go

14    to MIZE's residence.

15        52.    At 5:00 p.m., surveillance saw PACK driving towards MIZE's residence. An officer with

16    the Modesto Police Department stopped PACK and searched his vehicle. Inside, the officer found a

17    white crystal-like substance. The substance tested presumptive positive for methamphetamine. It was

18    later weighed and weighed 499 grams of methamphetamine.

19        53.    At 5:22 p.m., Tina PICCHI called PACK at (209) 353-7936. PACK did not answer.

20    Immediately after that missed call, Tina PICCHI sent a text message to PACK asking, "Are you okay?"

21        **D.**    **On May 11, 2019, Tina PICCHI was stopped by officers after calls indicated that—**

22            **at Randy PICCHI's direction—she was going to deliver four ounces of**
        **methamphetamine to a buyer in Redding, California. Officers found 110 grams of**

23            **methamphetamine that Tina PICCHI was carrying.**

24        54.    On May 11, 2019, Tina PICCHI was stopped by a California Highway Patrol Officer.

25    The officer found 110 grams of methamphetamine that Tina PICCHI was carrying. Prior to the stop,

26    intercepted calls showed that Tina PICCHI was planning to deliver the methamphetamine to a buyer in

27    Redding, California.

28

1.  <u>On Wednesday, May 8, 2019, and Thursday, May 9, 2019, Tina PICCHI
    discussed bringing a quarter pound of narcotics to a buyer named "Jesse" in
    Redding, California.</u>

55.     On Wednesday, May 8, 2019, just before 4 p.m., Tina PICCHI called her mother,
Charlotte Horn.  During the call, Tina PICCHI told her mother that she was planning on coming up to
Redding, California, on Saturday, and she told her mother to tell "Alan" that she would "bring some shit
up there when [she] came so he can have people lined up."  I believe that when Tina PICCHI said she
was going to bring "shit," she was referring to bringing narcotics for Alan to sell, which is why she
wanted Alan to have "people lined up," i.e., customers ready to buy the narcotics.  Tina told Horn that if
Alan said no, then she would "go through . . . Jesse."  Horn asked Tina PICCHI to clarify what
specifically she was bringing, asking, "How much did you want to bring or what is it?"  Tina responded,
"probably four."  I believe that "four" is a reference to a quantity of drugs, specifically four ounces.

56.     About forty minutes later, Tina PICCHI had a call with the user of (530) 554-5881, who
she referred to during the call as "Jesse" and "Jess."  I believe that based on the earlier call, this
individual was the person Tina PICCHI told her mother she would "go through" to sell the drugs she
was bringing on Saturday if "Alan" said no.  During the call, Tina PICCHI told Jesse to send her money
and she would bring a "quarter pound":

> Tina PICCHI: [Unintelligible ("UI")] and send me the money when your
>              UI
>
> Jesse:       Cool UI
>
> Tina PICCHI: Okay?
>
> Jesse:       That'll work yeah UI
>
> Tina PICCHI: I'll bring like a quarter pound or something
>
> Jesse:       Cool
>
> ****
>
> Tina PICCHI: This fucking shit is the bomb Jess
>
> Jesse:       UI
>
> Tina PICCHI: So ah I'll bring 4 I'll throw UI to you so its a go.

57.     In interpret this call as Tina PICCHI telling "Jesse" that she would bring a quarter pound,

AFFIDAVIT                                          17

1  i.e., 4 ounces, of narcotics to Jesse. Tina PICCHI specifically says she'll bring a "quarter pound" to

2  "Jesse" and later says she'll bring "4," again a reference to four ounces. Tina also describes the "shit" as

3  "the bomb," which I believe means that the drugs she is bringing (i.e. the "shit") are high quality.

4      58.    On Thursday, May 9, 2019, Tina PICCHI again called "Jesse" to confirm that she would

5  be delivering drugs to him on Saturday. During the call, Tina PICCHI also relayed instructions from

6  Randy PICCHI about the deal:

| Tina PICCHI: | I'm going to be bringing that for sure Saturday so be available of you when I can get a hold of you |
| Jesse: | I will |
| Tina PICCHI: | Cause I'm not gonna be up there but a couple hours and I gotta get back home to Randy's still sick |
| Jesse: | UI what time UI |
| Tina PICCHI: | About noon about 1130 or noonish something like that |
| Jesse: | Not a problem that'll be perfect I'll have it |
| Tina PICCHI: | I maybe into 1 (PM) between noon and 1 Randy said to be UI to cover the bases. |
| Jesse: | Cool between 10 and 2 I'll do that. That'll work. |
| Tina PICCHI: | Yes...yeah...He said between 10 and 2 he could do it, he's working but he says as long as I'm there before 2, good. Oh yes I will be Jess |
| Jesse: | Cool that'll work |
| Tina PICCHI: | I just wanted to call and make sure that we touch bases before I roll out |
| Jesse: | UI absolutely that will work perfect |
| Tina PICCHI: | Okay well I'll see ya |
| Jesse: | Alright sounds good. |
| Tina PICCHI: | Hey um ah are you still wanting black? |
| Jesse: | Ahhh...yeah um |
| Tina PICCHI: | For what's her name |
| Jesse: | yeah um but if you still UI ask to make sure so UI |

| | | |
|---|---|---|
| 1 | Tina PICCHI: | Let me call and ask to make sure... if your not really wanting it Jess it ain't no big thing. |
| 2 | | |
| 3 | Jesse: | UI they want it but its also UI it's time and place type thing for I'm not sure if UI moment |
| 4 | Tina PICCHI: | [Talking to Randy PICCHI]: yeah he said he ain't really try and mess with it |
| 5 | | |
| 6 | Randy PICCHI: | [in background conversation with Tina PICCHI]: Okay |
| 7 | Jesse: | UI don't worry about it, it's cool, don't worry about it. |
| 8 | | |
| 9 | Tina PICCHI: | Okay cool, I just want to touch base and let you know we'll hook up |
| 10 | Jesse: | UI I appreciate it, Thank you. |
| 11 | Tina PICCHI: | I'm just trying to accommodate ya home boy that's all |
| 12 | | |
| 13 | Jesse: | I appreciate it thank you very much |
| 14 | Tina PICCHI: | [Talking to Randy PICCHI] He said he appreciates it thank you very much. |
| 15 | Tina PICCHI: | [Talking to Jesse]: Okay uh I'll call you when I get about Sacramento UI to let you know |

59.    Based on my training, experience and knowledge of this investigation I interpret this call to be Tina PICCHI trying to nail down the details of Tina PICCHI and Randy PICCHI's plan for Tina PICCHI to take drugs to Jesse in Redding, California. Additionally this call shows that not only does Randy PICCH have knowledge of what Tina PICCHI is doing but he is providing the direction for her actions. For instance, Tina PICCHI tells Jesse that Randy says to "cover the bases." Also, when Tina PICCHI asks if Jesse also wants "black"—which I know to be slang for black tar heroin—and Jesse seems to say no, Tina PICCHI relays this message to Randy PICCHI, telling him "he said he ain't really try and mess with it." Likewise, when Jesse says, "I appreciate it thank you very much," Tina PICCHI also relays the message to Randy PICCHI, telling him, "He said he appreciates it thank you very much." I therefore believe these comments show that Tina PICCHI is reporting the drug trafficking activity back to Randy PICCHI, who is the one coordinating the activity.

2.   <u>On May 11, 2019, Tina PICCHI was twice stopped by officers while she was driving to Redding. During the second stop, the officer found approximately four ounces of methamphetamine.</u>

60.   On Saturday, May 11, 2019, a surveillance team with the Modesto Police Department saw Tina PICCHI leave her residence in Modesto shortly before 7 a.m. and drive to meet her friend, Michele Powers. Tina got in the passenger seat of Powers' vehicle, which was towing a UHaul, and the two started driving north towards Redding, California.

61.   At 9:23 a.m., Tina PICCHI called "Jesse" and told him that she had just passed Sacramento.

62.   At 10:40 a.m., a police officer with the Paradise Police Department stopped Powers for speeding. The officer was accompanied by a dog certified in drug detection. The officer walked the dog around Powers's vehicle and the dog alerted to the presence of narcotics. The officer searched the vehicle, but did not find anything. Powers was given a citation and released.

63.   About thirty minutes after the stop, "Jesse" called Tina PICCHI and suggested that the meet in Anderson, California. Tina PICCHI told Jesse that she had just been pulled over by police but the police had not found drugs that she was carrying because she had stuck the drugs between her legs:

Jesse:   You want to meet somewhere in Anderson?

Tina PICCHI:  huh?

Jesse:   Is Anderson good?

Tina PICCHI:  Yeah, Yeah. We got fucking pulled over by the police.

Jesse:   Are you kidding me?

Tina PICCHI:  No, and I had a quarter pound of crank between my legs. UI..a Uhall and fucking I had pills. I had to Oxy thirties and fifteen fucking norcos and they found the bottles because I did not have time to gab the pills. So I grabbed the fucking dope instead of the pills and we're in Paradise because my sister in law's house burned down she was going to see if they were cleaning it out and I took the fucking dope and I said hey look I'm a cancer patient bud, I have a prescription for those. He says, well I think you're on fucking dope, I said no I am not. He said today is your lucky day, I am just gonna take the pills and let you go.

Jesse:   Your fucking kidding..

Tina PICCHI:  So I got the fucking dope and we are on our way to

| | | |
|---|---|---|
| 1 | | Anderson. (laughter) |
| 2 | Jesse: | Holly shit |
| 3 | Tina PICCHI: | No more UI....Thank go they did not have no fucking female cop. It was fucking four fucking cops and my sister in law said I give you permission the Uhall or whatever you know. We was just letting them do whatever |
| 4 | | |
| 5 | | |
| | Jesse: | Yeah exactly. |
| 6 | | **** |
| 7 | | |
| 8 | Tina PICCHI: | And they had that K9 dog too but I had it wrapped in fucking balloons. I had it in fucking bags. |
| 9 | Jesse: | UI...pulled over |
| 10 | Tina PICCHI: | I had in fucking plastic gloves. I had the fucking shit wrapped in that in case I had to do just what I did. |
| 11 | | |
| 12 | Jesse: | Yeah. |
| 13 | Tina PICCHI: | And the dog went around the car and all around and I said o fuck. |

64.    I interpret this call as Tina PICCHI telling Jesse that she had been pulled over and searched, but the officer had not found the methamphetamine she was transporting because she had stuck it in her pants. Tina specifically said that she had a "quarter pound of crank"—which I know to be slang for methamphetamine—between her legs. Tina PICCHI also told Jesse that she had "wrapped it in fucking balloons" and that she "had the fucking shit wrapped" in case she "had to do what I just did." I interpret this statement to mean that Tina PICCHI had wrapped the quarter pound of methamphetamine in plastic gloves so that she would be ready to put the gloves between her legs in case she got stopped and searched.

65.    Immediately after Tina PICCHI finished talking to Jesse, she talked to Randy PICCHI. Tina told Randy that she had been pulled over but the police had not found the drugs because she had "put the shit between [her] legs" and that she "put it down there in the middle of [her] underwear down there . . . in between." After the two discussed the stop, Randy PICCHI told Tina PICCHI she shouldn't have given officers permission to search her purse and then asked Tina PICCHI how much farther they were from Redding:

Randy PICCHI:        OK. How far is it from Redding?

| Tina PICCHI: | I'm like I don't know like 35 miles. Jesse just called me and he said where are you. And I said I'm like I don't know 30 minutes away from there. and he said ok. I said ok I will call you just as soon as I hit cottonwood and you can meet me in town. He said yeah. I said cool the faster the better so. |
| Randy PICCHI: | So you are you guys driving now? |
| Tina PICCHI: | No we're pulled over in a parking lot |
| Randy PICCHI: | Get the fuck on the road |
| Tina PICCHI: | She's talking to George. I wanna go now |
| Randy PICCHI: | I don't give a shit |
| Tina PICCHI: | I love you dad I'm gonna go. OK? |
| Randy PICCHI: | No you ain't hang on |
| Tina PICCHI: | Ok. We're leaving. My door is shutting. And I'm putting my seatbelt on we're out of here. I love you |

66.     Based on my training, experience and knowledge of this investigation I interpret this call to provide further evidence that not only does Randy PICCHI know about the narcotic trafficking that Tina PICCHI is engaged in, but that she is doing it his direction. This is demonstrated by the fact that she reported to him that they had been stopped. After her report, Randy PICCHI provided her with specific direction about not giving permission for law enforcement to search the vehicle or her property and to "get the fuck on the road."

67.     At 12:18 p.m., an officer with the California Highway Patrol stopped Powers and Tina PICCHI on Interstate 5 for speeding. The officer told Tina PICCHI that he knew the K9 had alerted on the previous stop and that he was going to get a female officer to search Tina PICCHI. When Tina PICCHI realized that a more in-depth search was coming, she pulled an off-white crystalline substance consistent with methamphetamine out of a cup of soda she was holding. The substance was double-wrapped in plastic gloves. The substance was tested and tested presumptive positive for methamphetamine. It weighed 110.7 grams (3.9 ounces). This amount is consistent with Tina PICCHI's earlier statements that she was bringing a quarter pound and "four" (ounces).

3.  <u>Calls after the stop indicate that Randy PICCHI was directing Tina PICCHI to deliver the drugs and that Randy PICCHI would "make it up to" the buyer.</u>

68.  After the stop, at 1:40 p.m., Tina PICCHI called Randy PICCHI to tell him that she had been stopped and the drugs had been seized:

| | |
|---|---|
| Randy PICCHI: | Thank god. |
| Tina PICCHI: | Well no. Not really because they got us again. Stopped UI... |
| Randy PICCHI: | For what? |
| Tina PICCHI: | The cops that stopped us in Red Bluff or whatever put an APB on us. Said we had crank, stopped us at the rest area. Sent the K9 whatever after us, Found the shit on me and said you got two choices. He said you either give up the shit and I will cite and release you and I won't impound your shit and take you guys to jail and I called a female cop from Redding and when she gets here all bets are off, I'm seizing all your shit and going to jail. So I just gave him the fucking shit, here take it. And the cops came interviews us, gave me a ticket said they may file they may not. He said, I usually take your cell phones and all our shit but you guys have been cooperative, you ain't been UI. or nothing. you have been straight up. He said I'm not going to take your phones, I am not gonna impound your shit. I'm just going to cite you saying I took your dope. They may pick it up they may not and I am going to get the hell out of the sun. So that was that. Now we are back in the car twenty miles from Redding and that is that. So, I'm pretty much screwed. |
| Randy PICCHI: | That was stupid. Why, UI... |
| Tina PICCHI: | What? |
| Randy PICCHI: | I am just glad you're ok. |
| Tina PICCHI: | Well I meant what was I supposed to do? If I would not have done it we're both going to be in jail over our shits impounded. You know. |
| Randy PICCHI: | I understand. |
| Tina PICCHI : | I just thought it was the right thing to do to keep Michelle out of it  Cause yeah UI... |
| Randy PICCHI: | Alright, call your daughter. Everybody is worried. |
| Tina PICCHI: | I know.  I am not going tell her all this shit. |

| | | |
|---|---|---|
| 1 | Randy PICCHI: | No but, I love you. |
| 2 | Tina PICCHI: | I'm sorry. |
| 3 | Randy PICCHI: | It's alright baby. |

69.     As with Tina PICCHI's earlier call to Randy PICCHI, I believe this call shows that Tina was reporting to Randy PICCHI that she had been stopped and the drugs had been taken. During the call, Randy PICCHI tells Tina "that was stupid," seemingly in response to Tina PICCHI giving up the drugs to the officer. Tina PICCHI later apologizes to Randy PICCHI.

70.     In a call at 1:45 p.m., Tina PICCHI again apologized to Randy PICCHI. Based on my training and experience investigating drug cases, I interpret this call to show the command structure in the trafficking structure. Tina PICCHI reports to Randy PICCHI and works on his direction.

71.     At 2:19 p.m., Tina PICCHI again called Randy PICCHI. Randy asked Tina if she had told Jesse the news and indicated that Randy would compensate Jesse if Jesse made a trip to Modesto:

| | | |
|---|---|---|
| Randy PICCHI: | Did you call Jesse and tell him bad news? |
| Tina PICCHI: | Yah he said Aw fuck I hate to hear that Tina, I am sorry. I said it is what it is. It is a part of the game. It is what it is. |
| Randy PICCHI: | Tell him take a ride down man, make ...it worth your while. |
| Tina PICCHI: | Yah |
| Randy PICCHI: | it worth your while. |
| Tina PICCHI: | Yah I will. I will take care of it |
| Randy PICCHI: | Alright, I love yah. |

72.     I interpret this call to be Randy PICCHI telling Tina PICCHI to let "Jesse" know that Randy PICCHI would compensate Jesse if Jesse came to Modesto to visit Randy. Specifically, when Randy PICCHI said "tell him take a ride down man," I believe Randy was telling Tina to let Jesse know he should take a trip to Modesto. When Randy PICCHI said that he would "make it worth your while," I believe he was asking Tina PICCHI to tell Jesse that if he came to Modesto, Randy PICCHI would compensate him.

73.     After the call with Randy, Tina PICCHI called Jesse and told him that Randy PICCHI

1 | would make it worth his while if he came down to Modesto:

2 | JESSE: Hello.

3 | Tina PICCHI: Hey Jessie, My old man said if you can come down there
4 | we will hook you up. UI you know, no problem.

5 | JESSE: I appreciate the hell out of that  I just don't have the vehicle
to do it  That is my only problem.  So.

6 | Tina PICCHI: Well I tried to fucking do it

7 | JESSE: I Know, I really do appreciate it

8 | Tina PICCHI: I tried like a mother fucker bud.  I did, honest to god I did.

9 |     74.    Based on my training, experience and knowledge of this investigation, I interpret this call

10 | to be Tina PICCHI telling Jesse that Randy PICCHI, whom she refers to as her "old man," will

11 | compensate Jesse ("hook you up") if Jesse comes to Modesto.  I believe this call shows that Randy

12 | PICCHI has a leadership role in Tina PICCHI's drug trafficking since it shows that Randy will

13 | compensate customers if something goes wrong during a drug delivery.

### IV.    CONCLUSION

75.    Based on the foregoing, there is probable cause to believe that Randy PICCHI, Tina PICCHI, Mike MIZE, and Mike PACK did knowingly and intentionally conspire to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). I respectfully request that a criminal complaint be issued against the defendants for the crimes detailed above and, based upon this criminal complaint, arrest warrants be issued for each of these defendants.

### V.    SEALING REQUEST

76.    This Affidavit describes the investigation of the activities of Randy PICCHI and his co-conspirators. All of the targets named in this complaint are out-of-custody. The United States believes that public disclosure of either the criminal complaint or this Affidavit will cause the targets to flee or to take other actions to conceal their locations prior to their arrest. They might also obstruct justice by instructing others to destroy evidence or to lie to law enforcement officers. Further, they might retaliate against people they suspect have cooperated with this investigation. Therefore, the United States respectfully requests that the criminal complaint and this Affidavit be sealed until further order of the Court. *United States v. Doe*, 870 F.3d 991, 1000 (9th Cir. 2017).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Brian Huberty, Special Agent
Federal Bureau of Investigations

Sworn to and subscribed before
me on the 24th day of June, 2019

HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/ Ross Pearson
Ross Pearson
Assistant U.S. Attorney